**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PERLMUTTER, and LULA RAMSEY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) | C.A. No. 05-450 |
| v. | ) ) | |
| ABBOTT LABORATORIES; FOURNIER INDUSTRIE ET SANTE; and LABORATORIES FOURNIER S.A., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas M. Sobol and Jason J. Thompson to represent Plaintiffs, Elaine M. Pullman et al., on behalf of themselves and all others similarly situated, in this matter.


Signed: /s/: Lynn A. Iannone

Lynn A. Iannone
Identification No. 4560
Silverman McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Elaine M. Pullman et al.


Date: July 29, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                     United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/: Thomas M. Sobol

Date: July 29, 2005


Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
BBO# 471770
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Signed: /s/: Jason J. Thompson

Date: July 29, 2005


Jason J. Thompson, Esquire
Charfoos & Christensen, P.C.
P47184
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080