

THE HISTORIC HECKER-SMILEY MANSION

www.c2law.com

SAMUEL CHARFOOS (1908-1995)
LAWRENCE S. CHARFOOS*
DAVID W. CHRISTENSEN**
SAMUEL L. SIMPSON
J. DOUGLAS PETERS**
JARED P. BUCKLEY
DAVID R. PARKER**
MARY PAT ROSEN**
ANN K. MANDT**
SANDRA J. RENARD
JASON J. THOMPSON
IAN B. BOURGOINE
KATHRYN R. McCOOL

OF COUNSEL

THADDEUS J. KEDZIERSKI, JD, CPA

JOHN DAVID SIMPSON

PETERS & CHRISTENSEN, P.C.
2 PENN CENTER PLAZA, SUITE 200
PHILADELPHIA, PA 19102-1706

MICHAEL D. MARRS
MICHAEL D. MARRS, P.C.
P.O. BOX 618
STEVENSVILLE, MI 49127

*ALSO ADMITTED TO NEW YORK AND ILLINOIS BARS
**ALSO ADMITTED TO PENNSYLVANIA BAR

# CHARFOOS & CHRISTENSEN, P.C.
ATTORNEYS AND COUNSELORS AT LAW

5510 WOODWARD AVENUE, DETROIT, MICHIGAN 48202  (313) 875-8080  FAX No. (313) 875-8522

October 13, 2005



U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   **Elaine Pullman v. Abbott Laboratories**
           **Case No. 05-450 KAJ**

Dear Clerk:

    Please be advised we have discovered a mistake in the above referenced case.

    Myself, Jason Thompson of Charfoos & Christensen, and Ronald Goldser of Zimmerman Reed were inadvertently listed as co-counsel of recorded on the Pullman case. <u>We are not representing any party in that case.</u> Instead, we are correctly listed as counsel of record for Local 28 Sheet Metal Workers v. Abbott Laboratories in case No. 05-516.

    Please remove us as attorneys for any parties in the Pullman case.

    If you have any questions regarding this matter, please feel free to contact me at 313-875-8080.

                                Very truly yours,

                                Jason Thompson

JJT/bab

cc: Ronald Goldser